IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1931; 1D15-1934; 1D15-1937; 1D15-1938; 1D15-1940

ROBERT B. EVELEIGH,
INDIVIDUALLY AND AS
TRUSTEE, MARGARET M.
EVELEIGH AND CARL B.
EVELEIGH,

      Appellant,

v.

ELIZABETH ANNA
EVELEIGH; JENNIFER M.
EVELEIGH; AND WILLIAM C.
EVELEIGH,

      Appellee.

_____/

Opinion filed December 8, 2015.

An appeal from the Circuit Court for Duval County.
Peter L. Dearing, Judge.

Edmond E. Koester and Caroline Marisa Magliolo, of Coleman Yovanaovich & Koester, P.A., Naples, and Louis D. D'Agostino, of Cheffy Passidomo, P.A., Naples, for Appellants.

Jack J. Aiello, John P. Cole, and Jason P. Van Lenten, of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for Appellees.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., BENTON and KELSEY, JJ., CONCUR.